IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CONSTANCE JOY SIMMONS                                                    PLAINTIFF

V.                                           CIVIL ACTION NO. 1:13-CV-00188-SA-SAA

CATERPILLAR, INC.                                                        DEFENDANT

## ORDER

Pursuant to the Memorandum Opinion issued this day, Defendant's Motion to Partially Dismiss Plaintiff's Amended Complaint [17] is GRANTED IN PART and DENIED IN PART. Plaintiff's claims for discrimination based on religion, national origin, age, and disability are hereby dismissed without prejudice.

SO ORDERED on this, the 24th day of September, 2014.

                                                                       /s/ Sharion Aycock
                                                                      UNITED STATES DISTRICT JUDGE